IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| QUINCY DEMONE HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 620-094 |
| ) | |
| FLOYD BOBBITT, Head Warden; GEORGIA ) | |
| STATE PRISON; DUPRE, Store Clerk; and ) | |
| CO BYRD, ) | |
| ) | |
| Defendants. ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 18.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, **DENIES** Plaintiff's motions to file an amended complaint and allow access to documents, (doc. nos. 14-15), and **CLOSES** this civil action.

SO ORDERED this 17th day of March, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA