AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUINCY DEMONE HODGE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV620-94

FLOYD BOBBITT, Head Warden, GEORGIA STATE PRISON; DUPRE, Store Clerk; and CO BYRD,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 17, 2021, the Report and Recommendation of the United States Magistrate Judge is ADOPTED as the opinion of the Court. This case is dismissed without prejudice.  Plaintiff's motions to file an amended complaint and allow access to documents are denied.  This case stands closed.



| 3/17/21 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020